

<table>
<tr><td>FILED & JUDGMENT ENTERED<br>Steven T. Salata<br><br>September  28  2020<br><br>Clerk, U.S. Bankruptcy Court<br>Western District of North Carolina</td></tr>
</table>

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| KAISER GYPSUM COMPANY, INC., *et al.,*[1] | : | Case No. 16-31602 (JCW) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## ORDER RECOMMENDING ENTRY OF PROPOSED
## FINDINGS OF FACT AND CONCLUSIONS OF LAW AND
## ORDER CONFIRMING JOINT PLAN OF REORGANIZATION

## RECITALS

A.   WHEREAS, Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. (together, the "Debtors") proposed the Third Amended Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., dated July 20, 2020 [D.I. 2481] (as may be further modified and amended, the "Plan");[2]

---

[1]   The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Kaiser Gypsum Company, Inc. (0188) and Hanson Permanente Cement, Inc. (7313).  The Debtors' address is 300 E. John Carpenter Freeway, Irving, Texas 75062.

[2]   Capitalized terms and phrases used herein have the meanings given to them in the Plan.

NAI-1514329316v6

B.        WHEREAS, on July 20, 2020 and July 22, 2020 the Court held a hearing to consider confirmation of the Plan (the "Confirmation Hearing"), and on August 13, 2020 (the "August 13 Hearing") the Court issued an oral ruling setting forth certain proposed findings of fact and conclusions of law and recommending confirmation the Plan;

C.        WHEREAS, at the August 13 Hearing, the Court directed the Debtors to submit proposed findings of fact and conclusions of law and a proposed order confirming the Plan consistent with its ruling;

D.        WHEREAS, on August 25, 2020, the Debtors filed proposed findings of fact and conclusions of law (the "Initial Findings") and a proposed confirmation order (the "Initial Confirmation Order") [D.I. 2442];

E.        WHEREAS, certain parties objected [D.I. 2446, 2447, 2456] (collectively, the "Insurer Objections") to portions of the Initial Findings and the Initial Confirmation Order on the basis that the Initial Findings and Initial Confirmation Order were inconsistent with the Court's oral ruling;

F.        WHEREAS, on September 17, 2020, the Court held a hearing at which it addressed the Insurer Objections, to the extent they were not consensually resolved, and made additional modifications to the Initial Findings (as modified, the "Proposed Findings") and the Initial Confirmation Order (as modified, the "Proposed Order");

G.        WHEREAS, section 524(g)(3)(A) of the Bankruptcy Code requires "the order confirming the plan of reorganization [pursuant to section 524(g)] [to be] issued or affirmed by the district court that has jurisdiction over the reorganization case"  11 U.S.C. § 524(g)(3)(A);

H.      WHEREAS, at the Confirmation Hearing and the August 13 Hearing, the parties and the Court agreed that, in light of the requirements of section 524(g)(3)(A) of the Bankruptcy Code, this Court would recommend that the United States District Court for the Western District of North Carolina (the "District Court") adopt the Proposed Findings and enter the Proposed Order, following *de novo* review of all Proposed Findings to which specific written objection is made, pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure;

I.      WHEREAS, the Proposed Findings are attached hereto as Exhibit A;

J.      WHEREAS, the Proposed Order is attached hereto as Exhibit B;

The Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), IT IS HEREBY ORDERED THAT:

1.      The Court directs the Clerk of this Court to docket this Order and its attachments in this Court and transmit a copy of this Order, the Proposed Findings and the Confirmation Order to the District Court.

2.      The Court recommends that the District Court adopt the Proposed Findings attached hereto as Exhibit A and issue the Confirmation Order attached hereto as Exhibit B.

3.      Pursuant to Rule 9033(c) of the Federal Rules of Bankruptcy Procedure, the deadline for filing objections to the Proposed Findings and Proposed Order is twenty-eight days from the entry of this Order, and the deadline for parties to respond to such objections is fifty-six days from the entry of this Order.

4.      The Debtors are authorized to take all actions necessary or appropriate to implement the relief granted in this Order.

5.        This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the interpretation, implementation or enforcement of this Order.

| | |
|---|---|
| This Order has been signed electronically.<br>The Judge's signature and Court's seal<br>appear at the top of the Order. | United States Bankruptcy Court |