IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV537-GCM

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| KAISER GYPSUM COMPANY, INC., *et al.*, | ) | Case No: 16-31602 (JCW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

       This matter is before the Court upon its own motion. A hearing will be scheduled on June 25, 2021, at 10:00 a.m. regarding the bankruptcy court's Proposed Findings and Conclusions, the Proposed Confirmation Order, and Truck's objections in this case. Due to the District Court's imminent move to the new annex building, the Court is unable to schedule this hearing for a specific courtroom. The Parties will be informed as soon as such courtroom is secured.

       IT IS SO ORDERED.

Signed: March 31, 2021

Graham C. Mullen
United States District Judge