# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division
### No. 3:20-cv-00537-GCM

In re:

KAISER GYPSUM COMPANY, INC. et al.,[1]

Debtor.

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

Notice is hereby given that Plaintiff Truck Insurance Exchange hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order Confirming the Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., as Modified, entered in this action on July 28, 2021 (Dkt. 52), and from all other adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within that order, including but not limited to the Findings of Fact and Conclusions of Law Regarding Confirmation of the Joint Plan of Reorganization of Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc., as Modified entered on July 28, 2021 (Dkt. 51).

---

[1] The Debtors are the following entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Kaiser Gypsum Company, Inc. (0188); and Hanson Permanente Cement, Inc. (7313). The Debtors' address is 300 E. John Carpenter Freeway, Irving, TX 75062.

|  |  |
|---|---|
| Dated: August 6, 2021 | Respectfully submitted,<br><br>/s/ Michael L. Martinez |
| Michael A. Rosenthal<br>(admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Phone: (212) 351-4000; Fax: (212) 351-4035<br>Email: MRosenthal@gibsondunn.com | GRIER WRIGHT MARTINEZ, PA<br>Michael L. Martinez<br>(N.C. State Bar No. 39885)<br>101 North Tryon Street, Suite 1240<br>Charlotte, NC 28246<br>Phone: (704) 332-0209; Fax: (704) 332-0215<br>Email: mmartinez@grierlaw.com |
| Robert B. Krakow (admitted *pro hac vice*)<br>Allyson N. Ho (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201<br>Email: RKrakow@gibsondunn.com<br>Email: AHo@gibsondunn.com | – and –<br><br>PIA ANDERSON MOSS HOYT, LLC<br>Scott R. Hoyt (admitted *pro hac vice*)<br>136 E. South Temple, 19th Floor<br>Salt Lake City, UT 84111<br>Phone: (817) 454-5678; Fax: (801) 350-9010<br>Email: SHoyt@pamhlaw.com |
| Matthew G. Bouslog (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Email: MBouslog@gibsondunn.com |  |
| David W. Casazza (admitted *pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave, N.W.<br>Washington, D.C. 20036<br>Email: DCasazza@gibsondunn.com |  |

*Counsel for Truck Insurance Exchange*