FILED: May 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-1858
(3:20-cv-00537-GCM)
(3:16-bk-31602)

———————————

IN RE: KAISER GYPSUM COMPANY, INC.; HANSON PERMANENTE
CEMENT, INC

      Debtors

———————————————————————

TRUCK INSURANCE EXCHANGE

      Plaintiff - Appellant

v.

KAISER GYPSUM COMPANY, INC.; HANSON PERMANENTE CEMENT, INC

      Debtors - Appellees

and

LEHIGH HANSON, INC.

      Defendant - Appellee

and

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS;
FUTURE CLAIMANTS REPRESENTATIVE

      Appellees

_____

## M A N D A T E

_____

The judgment of this court, entered April 29, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a)

of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*